1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JASKARAN SINGH ,                               Case No.  1.25-cv-1693-DAD-JDP (P)

12                    Petitioner,

13         v.                                       ORDER

14   WARDEN OF THE GOLDEN STATE
     ANNEX DETENTION FACILITY, *et al.*,
15
                     Respondents.
16

17

18         Petitioner, an immigration detainee who is representing himself, filed a petition for a writ

19   of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has filed an application to proceed *in*

20   *forma pauperis*, ECF No. 2, and a motion for the appointment of counsel, ECF No. 3.

21         Petitioner's application to proceed *in forma pauperis* makes the required showing and is

22   granted.  *See* 28 U.S.C. § 1915(a).  Petitioner's motion for the appointment of counsel, ECF No.

23   3, will also be granted.  In light of the complexity of the legal issues involved, the court has

24   determined that the interests of justice require the appointment of counsel.  *See* 18 U.S.C.

25   § 3006A(a)(2)(B); *see also Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).  The court will

26   appoint the Federal Public Defender to represent petitioner throughout the course of these

27   proceedings.

28
                                                1

1    The court has conducted a preliminary review of the petition pursuant to Rule 4 of the

2    Rules Governing Habeas Corpus Cases Under Section 2254.[1]  Because petitioner may be entitled

3    to the requested relief if the claimed violation of constitutional rights is proved, respondent will

4    be served with the § 2241 petition and directed to show cause why the writ should not be granted

5    by filing a return.  *See* 28 U.S.C. § 2243.

6    In accordance with the above, IT IS HEREBY ORDERED that:

7    1.  Petitioner's application to proceed *in forma pauperis*, ECF No. 2, is GRANTED.

8    2.  Petitioner's motion for the appointment of counsel, ECF No. 3, is GRANTED.  The

9    Federal Defender is appointed to represent petitioner.

10    3.  The Clerk of the Court shall serve a copy of this order on the Federal Defender,

11    Attention:  Habeas Appointment.

12    4.  The Clerk of the Court shall serve a copy of this order together with a copy of

13    petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United

14    States Attorney.

15    5.  The parties are directed to meet and confer within three days from the date of this order

16    for the purpose of submitting a joint proposed briefing schedule in this case.  The parties shall file

17    a joint proposed briefing schedule no later than seven days from the date of this order.

18    6.  In order to ensure this court's jurisdiction to resolve the pending § 2241 petition,

19    respondent shall not transfer petitioner to another detention center outside of this judicial district,

20    pending further order of the court.  *See* 28 U.S.C. § 1651(a) (establishing the All Writs Act which

21    empowers the federal courts to "issue all writs necessary or appropriate in aid of their respective

22    jurisdictions…."); *see also F.T.C. v. Dean Foods Co.*, 384 U.S. 597, 604 (1966) (emphasizing

23    that federal courts have the power to "to preserve the court's jurisdiction or maintain the status

24    quo by injunction pending review of an agency's action").

25

26

27    [1] Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a
district court to apply any or all of the rules to other types of habeas corpus petitions, including
28    § 2241 petitions.

2

1

2    IT IS SO ORDERED.

3

4    Dated:    December 2, 2025                              _____
                                                            JEREMY D. PETERSON
5                                                           UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28