IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASKARAN SINGH , <br><br> Petitioner, <br><br> vs. <br><br> WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., <br><br> Respondents. | Case № 1:25-cv-1693-DAD-JDP <br><br> **O R D E R WITHDRAWING FEDERAL DEFENDER, APPOINTING COUNSEL AS CJA *PRO HAC VICE*** |

Upon the Federal Defender's *Motion* after this Court appointed the Defender as counsel for Petitioner JASKARAN SINGH December 2, 2025 as qualifying for appointment of court-appointed counsel, good cause appearing, and considering Local Rule 180(b)(2), General Order 671 *CJA Plan* § XV.C.1.g (CJA appointments and *pro hac vice* appearance adapted to for a 28 U.S.C. § 2241 detained person in ICE custody case when the Federal Defender and district CJA counsel are unavailable), and the *Guide to Judiciary Policy*, Vol. 7A concerning CJA appointed counsel,

IT IS HEREBY ORDERED

1. Withdrawing the Federal Defender as counsel and

2. Pursuant to 18 U.S.C. §§ 3005 and 3006A and this District's CJA Plan, General Order 671, § XV.C.1.g as applied here, appointing as *pro hac vice* CJA counsel Natalia V. Santanna to represent Petitioner J<small>ASKARAN</small> S<small>INGH</small>, *nunc pro tunc* to the Federal Defender contacting them about this appointment, December 2, 2025.

IT IS SO ORDERED.

Dated:   December 8, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

*Sekhon v. Warden*  2  Order Withdrawing Federal Defender, Appointing CJA Counsel and Waiving *Pro Hac Vice* Fees