UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.S., | Case No.  1:25-cv-1693-DAD-JDP |
| Petitioner, | |
| v. | ORDER |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*, | |
| Respondents. | |

Petitioner, an immigration detainee represented by counsel, seeks a petition for writ of habeas corpus under 28 U.S.C. § 2241.  ECF No. 1.  Petitioner has filed an amended petition, ECF No. 10, and a motion for a temporary restraining order, ECF No. 11.  Respondents have filed an opposition to the motion as well as an answer to the amended petition.  ECF No. 18.  Petitioner has filed a reply.  ECF No. 19.  The court granted petitioner's motion in part and ordered that petitioner be immediately released from custody.  ECF No. 20 at 9.  The court also ordered that respondents not re-detain petitioner for any purpose, absent exigent circumstances, without providing petitioner with notice and a pre-detention hearing before a neutral adjudicator.  *Id.* Finally, the court ordered the parties to submit a joint proposed briefing schedule with respect to a preliminary injunction.  *Id.*

1

On January 6, 2026, the parties submitted a stipulation asking that the court stay this action pending a decision from the Court of Appeals in *Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), docket no. 25-6842.  ECF No. 21.  The undersigned declines to stay this case.  While the decision in *Rodriguez Vasquez* may turn out to be relevant, a somewhat unsettled legal landscape does not justify an indefinite stay of the matter before this court.  Notably, *Rodriguez Vasquez* has yet to be argued and was only recently submitted.  The case before this court is fully briefed, and further delay is undesirable.

Accordingly, it is hereby ORDERED that the parties' request to stay this action pending a decision from the Court of Appeals in *Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025) is DENIED, and the matter is considered fully briefed.

IT IS SO ORDERED.


Dated:    February 19, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2