UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASKARAN SINGH, | Case No.  1:25-cv-1693-DAD-JDP |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*, | |
| Respondents. | |

Petitioner, a former immigration detainee proceeding with counsel, has filed a writ of habeas corpus under 28 U.S.C. § 2241.  He filed a first amended petition and motion for a temporary restraining order on December 13, 2025, ECF Nos. 10 &11.  Respondents filed a response to both the petition and the motion for a temporary restraining order, ECF No. 18, and petitioner filed a reply, ECF No. 19.

On December 22, 2025, the court granted petitioner's motion for temporary restraining order and ordered his release.  ECF No. 20.  The court ordered that respondents be enjoined and restrained from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner with notice and a pre-detention hearing before a neutral adjudicator.  *Id.* at 8. The court ordered the parties to submit a joint proposed briefing schedule with respect to a preliminary injunction.  *Id.* at 9.

1

On January 6, 2026, the parties filed a stipulation seeking to stay this matter pending a decision from the Court of Appeals in *Rodriguez Vasquez v. Bostock*, 779 F. Supp. 3d 1239 (W.D. Wash. 2025), docket no. 25-6842. ECF No. 21. I denied this request. ECF No. 22. Since the petition has been fully briefed, I notified the parties that this matter is ready for adjudication. *Id.*

Petitioner alleges that he was denied his due process rights when he was re-detained without a pre-deprivation bond hearing. In the order granting the temporary restraining order, the court agreed with petitioner. ECF No. 20. For the reasons stated in that order and in other cases—*see Chavarria v. Chestnut*, No. 1:25-cv-1755-DAD-AC, 2025 WL 3533606 (E.D. Cal. Dec. 9, 2025); *Roso Fajardo v. Robbins*, No. 1:25-cv-1842-JDP, 2025 WL 3677635 (E.D. Cal. Dec. 18, 2025)—I recommend that the petition be granted.

Accordingly, it is hereby RECOMMENDED that:

1. The petition for writ of habeas corpus, ECF No. 1, is GRANTED.

2. Respondents be ENJOINED and RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner with notice and a pre-detention hearing before a neutral adjudicator.

3. The Clerk of Court is directed to close this case and enter judgment accordingly.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within seven days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within seven days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    March 5, 2026

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE